IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEX KISLOV and NIKO HEARN, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN AIRLINES, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 1:17-cv-9080<br><br>Hon. Rebecca R. Pallmeyer<br><br>Magistrate Judge Hon. Sheila Finnegan |

## **AMERICAN AIRLINES, INC.'S 12(b)(6) MOTION TO DISMISS**

Defendant American Airlines, Inc. ("American") respectfully moves this Court under Federal Rule of Civil Procedure 12(b)(6) for an order dismissing Plaintiff's Third Amended Class Action Complaint with prejudice and entering judgment in favor of American. A memorandum in support of this motion is being filed contemporaneously with this motion to dismiss.

Dated: June 16, 2021

Paul E. Bateman
LITTLER MENDELSON P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone: (312) 372-5520
Facsimile: (312) 372-7880
Email: PBateman@littler.com

Respectfully submitted,

By: /s/Mark W. Robertson

Mark W. Robertson (*admitted pro hac vice*)
Sloane Ackerman (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mrobertson@omm.com
       sackerman@omm.com

*Attorneys for Defendant American Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that, on June 16, 2021, pursuant to Fed. R. Civ. P. 5 and LR 5.5, a true and correct copy of the foregoing American Airlines, Inc.'s 12(b)(6) Motion to Dismiss was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the court.

                                                                /s/Mark W. Robertson
                                                                 Mark W. Robertson