

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**312-435-5670**
Clerk

Date 10/29/2021

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Kowalski v. American Airlines, Inc.
USDC Case Number:     1:17-cv-09080
Circuit Court Case Number:        2017 CH 15328

Dear Clerk:

A certified copy of an order entered on 10/08/2021 by the Honorable    Rebecca R. Pallmeyer   , remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

　　　　　　　　　　　　　　　　　　Sincerely yours,
　　　　　　　　　　　　　　　　　　Thomas G. Bruton, Clerk

　　　　　　　　　　　　　　　　　　By: /s/ B. Gudausky
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosure(s)

Rev. 10/05/2016