**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Alex Kislov, et al.
                         Plaintiff,

v.                                           Case No.: 1:17−cv−09080
                                                      Honorable Rebecca R. Pallmeyer

American Airlines, Inc.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 19, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court dismissed Plaintiffs' complaint on March 22, 2022, with leave to file an amended complaint 28 days later. No amended complaint has been filed, nor has Plaintiff requested additional time. This case is dismissed without prejudice. Absent a motion for reinstatement within 14 days, the dismissal will be with prejudice at that time. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.